IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Katie Lynn Shygelski,

        Debtor

Address:  303 N. Main Street
              Archbald, PA 18403

Debtor Last Four Digits of SSN: 3431

Katie Lynn Shygelski,

        Movant

vs.

NET Federal Credit Union,

        Respondent

Chapter 7

Case No. 5:25-bk-02410-MJC

## DEBTOR'S MOTION TO REDEEM PROPERTY PURSUANT TO 11 U.S.C. § 722

    1.    Movant is the debtor in the above-captioned chapter 7 case. This matter is a core matter.

    2.    Among the dischargeable consumer debts listed in the petition filed herein was a loan from NET Federal Credit Union secured by Movant's 2017 Ford Escape with the VIN number 1FMCU9GD3HUB71632.

    3.    The automobile has been claimed as exempt under 11 U.S.C. § 522(d)(2), and is used by Movant for personal and family purposes.

    4.    The Kelley Blue Book Trade-in valuation for a 2017 Ford Escape with approximately 83,714 miles in the 18403 ZIP code is $5,448.00. A copy of that valuation is attached as Exhibit A.

    5.    Attached as Exhibit B is an estimate that shows that to make certain repairs to the

property would cost $3,390.16.

6. Thus, the net replacement value of the vehicle considering its age and condition is $2,057.84.

7. Movant wishes to redeem the vehicle pursuant to 11 U.S.C. § 722.

WHEREFORE, Movant prays this Court order NET Federal Credit Union to remove and mark satisfied any encumbrance or security interest in Movant's vehicle upon payment to NET Federal Credit Union of $2,057.84

Date: September 30, 2025

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Movant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com