

# Kelley Blue Book
## THE TRUSTED RESOURCE

**Exhibit A**

## 2017 Ford Escape Pricing Report

**Style**: SE Sport Utility 4D

**Mileage**: 83,714

**KBB.com Consumer Rating**: 4.3/5

## Vehicle Highlights

Fuel Economy: City 22/Hwy 28/Comb 24 MPG

Engine: 4-Cyl, EcoBoost, 1.5T

Transmission: Auto, 6-Spd w/SelShft

Drivetrain: 4WD

Country of Assembly: United States

Country of Origin: United States

EPA Class: Small Sport Utility Vehicles

Max Seating: 5

Doors: 4

Body Style: Sport Utility

## Trade in to a Dealer



**Trade-in Range**
**$4,332 - $6,564**
Trade-in Value
**$5,448**

Valid for **ZIP code 18403** through **09/25/2025**

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

| Exterior Color | Engine | Transmission | Drivetrain |
|---|---|---|---|
| ✓ Red | 4-Cyl, EcoBoost, 1.5T | Auto, 6-Spd w/SelShft | ✓ 4WD |

| Braking and Traction | Comfort and Convenience | Steering | Entertainment and Instrumentation |
|---|---|---|---|
| Hill Start Assist Control | Keyless Entry | Electric Power Steering | AM/FM Stereo |
| Electronic Traction Control | Keyless Start | Tilt & Telescoping Wheel | CD/MP3 (Single Disc) |
| AdvanceTrac | Air Conditioning | | SiriusXM Satellite |
| ABS (4-Wheel) | Power Windows | | SYNC |
| | Power Door Locks | | |
| | Cruise Control | | |

| Safety and Security | Seats | Roof and Glass | Lighting |
|---|---|---|---|
| Backup Camera | Power Seat | ✓ Panorama Roof | Daytime Running Lights |
| Dual Air Bags | | | |
| Side Air Bags | | | |
| F&R Head Curtain Air Bags | | | |
| Knee Air Bags | | | |

| Wheels and Tires | Exterior |
|---|---|
| Alloy Wheels | Fog Lights |

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

> **Tip:**
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 1995-2025 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2025 Kelley Blue Book Co., Inc. All rights reserved. 9/25/2025-9/25/2025 Edition for PA 18403. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from