

**TASCA Ford DICKSON CITY**

704 Martin F. Gibbons Blvd, Dickson City • PA 18519
Phone: 570-489-4747

**Joshua Jacobeno**
570-815-9709

2017 Ford Escape - **83,485** mi.
VIN # **1FMCU9GD3HUB71632**

Service Consultant: **PAUL GRAZIANO**
Certified Technician: **AARON BAILEY**

**September 11, 2025**
RO #181911
Tag #4532

Scan the QR code above or visit
https://emailtcc.com/jmpsup for details

## Original Customer Requests

The following is what you requested we perform or investigate regarding your vehicle:
1. CUSTOMER STATES CHECK ENGINE LIGHT IS ON
2. Tasca World Class Inspection

## Walk Around Results

8 photo(s) / video(s) are available; visit https://emailtcc.com/jmpsup to review

| Inspection Item | Observation |
|---|---|
| ***** Walk Around Video **** | |
| Vehicle Walk Around | Video Walk Around in Service Drive |



## Multipoint Inspection Results

| Passed Inspection | Observation | Recommendation |
|---|---|---|
| Left Front Tire Tread Depth | Tires are in Good Condition, Recheck on your Next Visit | |
| Right Front Tire Tread Depth | Tires are in Good Condition, Recheck on your Next Visit | |
| ***Left Rear Tire Tread Depth | Tires are in Good Condition, Recheck on your Next Visit | |
| ***Right Rear Tire Tread Depth | Tires are in Good Condition, Recheck on your Next Visit | |

✓ 35 additional passed inspections

| Failed Inspection | Observation | Recommendation |
|---|---|---|
| Address the customer's main concern | Requires Immediate Attention | PRELIMINARY PURGE VALVE |
| Battery | Requires immediate attention | Replace Battery |
| Suspension (Damage / Leaks / Worn Components) | Requires immediate attention | REAR SHOCKS AND HARDWARE |
| Tire Recommendations / Options | Requires immediate attention | 20 LUG NUTS (SWOLLEN) |
| Front Brake Recommendations | Requires immediate attention | FRONT ROTORS (GROOVED) AND BG |

| Cautioned Inspection | Observation | Recommendation |
|---|---|---|
| Battery Terminal Service | Due to Time & Mileage | Perform BG Battery Terminal Service |
| Coolant Service | Due to Time & Mileage | Perform BG Coolant Exchange Service |
| Fuel Throttle body Service | Due to Time & Mileage | PERFORM FUEL THROTTLE BODY SERVICE |

## Requested / Recommended Services

| Original Customer Requests | Estimate | Declined | Approved |
|---|---|---|---|
| CUSTOMER STATES CHECK ENGINE LIGHT IS ON | $0.00 | | ✓ |
| Address the customer's main concern: (Requires Immediate Attention) - PRELIMINARY PURGE VALVE  FAIL | $1,070.22 | ✗ | |
| Tasca World Class Inspection | Internal | | ✓ |
| **Subtotal** | | $1,070.22 | $1,070.22 |

RO # 181911, Joshua Jacobeno

| Inspection Recommendations | | Estimate | Declined | Approved |
|---|---|---|---|---|
| Battery: (Requires immediate attention) - Replace Battery | FAIL | $314.44 | ✗ | |
| Suspension (Damage / Leaks / Worn Components): (Requires immediate attention) - REAR SHOCKS AND HARDWARE | FAIL | $1,012.66 | ✗ | |
| Tire Recommendations / Options: (Requires immediate attention) - 20 LUG NUTS (SWOLLEN) | FAIL | $230.00 | ✗ | |
| Front Brake Recommendations: (Requires immediate attention) - FRONT ROTORS (GROOVED) AND BG | FAIL | $424.13 | ✗ | |
| Coolant Service: (Due to Time & Mileage) - Perform BG Coolant Exchange Service | CAUTION | $221.73 | ✗ | |
| Fuel Throttle body Service: (Due to Time & Mileage) - PERFORM FUEL THROTTLE BODY SERVICE | CAUTION | $116.98 | ✗ | |
| Subtotal | | $2,319.94 | $2,319.94 | |

| Totals, Taxes and Fees | Estimate | Declined | Approved |
|---|---|---|---|
| Estimate Subtotal | $3,390.16 | $3,390.16 | |
| Shop Fee | $30.00 | | |
| Tax | $205.21 | | |
| Estimate Total (valid for 30 days) | $3,625.37 | $3,390.16 | |

As low as $286.09 / month with SunBit[1]

\*\*\*\*\*\*\*\*Estimates are good for 30 days\*\*\*\*\*\*\*\*

[1]Example(s) based on 12 monthly payments, a 32.26% APR, and a 20% payment of the purchase price including tax due at checkout. Actual terms will vary. Subject to approval based on creditworthiness. 8.99 - 35.99% APR. Payment due at checkout. A 3- month 0% APR plan may be available for approved customers at participating merchants only. 6-, 9-, 12-, 15-, and 18- month plans subject to interest. Not available in VT, WV, or WY. Account openings and payment activity are reported to a major credit bureau. See Rates and Terms for loan requirements and state restrictions. Rates & Terms. Sunbit Now, LLC is licensed under the CT Laws Relating to Small Loans (lic. # SLC-1760582 & SLC-BCH-1844702); NMLS ID 1760582.Loans are made by Transportation Alliance Bank, Inc., dba TAB Bank, which determines qualifications for and terms of credit.

RO # 181911, Joshua Jacobeno