IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Katie Lynn Shygelski,<br><br>            Debtor<br><br>Address: 303 N. Main Street<br>           Archbald, PA 18403<br><br>Debtor Last Four Digits of SSN: 3431<br><br>Katie Lynn Shygelski,<br><br>            Movant<br>vs.<br><br>NET Federal Credit Union,<br><br>            Respondent | Chapter 7<br><br>Case No. 5:25-bk-02410-MJC |

## **NOTICE**

Debtor filed *Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722* on September 30, 2025.

If you object to the relief requested, you must file your objection/response on or before 14 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Date September 30, 2025

                                                                   s/ Carlo Sabatini
                                                                   Carlo Sabatini, PA 83831
                                                                   Attorney for Debtor
                                                                   Sabatini Law Firm, LLC
                                                                   216 N. Blakely St.
                                                                   Dunmore, PA 18512
                                                                   Phone (570) 341-9000
                                                                   Facsimile (570) 504-2769
                                                                   Email ecf@bankruptcypa.com