IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Katie Lynn Shygelski,<br><br>      Debtor<br><br>Address: 303 N. Main Street<br>      Archbald, PA 18403<br><br>Debtor Last Four Digits of SSN: 3431<br><br>Katie Lynn Shygelski,<br><br>      Movant<br> vs.<br><br>NET Federal Credit Union,<br><br>      Respondent | Chapter 7<br><br>Case No. 5:25-bk-02410-MJC |

**ORDER**

Upon consideration of *Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722*, it is hereby ordered that the Motion is granted. NET Federal Credit Union will remove and mark satisfied any encumbrance or security interest in Movant's vehicle with VIN number 1FMCU9GD3HUB71632 upon payment to NET Federal Credit Union of $2,057.84.