IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Katie Lynn Shygelski,<br><br>                 Debtor<br><br>Address: 303 N. Main Street<br>           Archbald, PA 18403<br><br>Debtor Last Four Digits of SSN: 3431<br><br>Katie Lynn Shygelski,<br><br>                 Movant<br>vs.<br><br>NET Federal Credit Union,<br><br>                 Respondent | Chapter 7<br><br>Case No. 5:25-bk-02410-MJC |

**Certificate of Service**

| Title of Papers Served: | <ul><li>Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722</li><li>Notice</li><li>Proposed Order</li></ul> | | |
|---|---|---|---|
| Name and Address of Recipient: | | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Manager, or General Agent<br>Net Federal Credit Union<br>119 Mulberry St.<br>Scranton, PA 18503 | | | U.S. Mail – Certified, Return Receipt Requested |
| Officer, Manager, or General Agent<br>Net Federal Credit Union<br>P.O. Box 924178<br>Fort Worth, TX 76124 | | | U.S. Mail – Certified, Return Receipt Requested |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 30, 2025

                                                                 s/Ashley Weisenfluh
                                                                 Ashley Weisenfluh, Paralegal
                                                                 Sabatini Law Firm, LLC