UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Katie Lynn Shygelski,** | : | **Chapter 7** |
| Debtor, | : | Case No. **5:25-bk-02410-MJC** |
| | | |
| **Katie Lynn Shygelski,** | : | |
| Movant, | : | **Motion to** |
| v. | : | **Redeem** |
| **Net Federal Credit Union,** | : | |
| Respondent, | : | |

## ORDER DENYING MOTION TO REDEEM

AND NOW upon consideration of the above-captioned Motion to Redeem, the Objection of **NET Federal Credit Union,** and hearing, it is hereby ORDERED that the Objection of **NET Federal Credit Union** is sustained. It is further ORDERED that he above-captioned Motion to Redeem be and is hereby DENIED.