UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Katie Lynn Shygelski,** | : | **Chapter 7** |
| Debtor, | : | Case No. **5:25-bk-02410-MJC** |
| | : | |
| **Katie Lynn Shygelski,** | : | |
| Movant, | : | **Motion to** |
| v. | : | **Redeem** |
| **Net Federal Credit Union,** | : | |
| Respondent, | : | |

## CERTIFICATE OF SERVICE

That I served a copy of the Objection To Motion To Redeem upon to the following parties in this matter via CM/ECF:

Attorney Carlo Sabatini

Date: October 10, 2025                          s/John Fisher, Esq.
                                                John Fisher, Esq.
                                                126 South Main Street
                                                Pittston PA 18640
                                                570-569-2154