UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Katie Lynn Shygelski,** | : | **Chapter 7** |
| Debtor, | : | Case No. **5:25-bk-02410-MJC** |
| | : | |
| **Katie Lynn Shygelski,** | : | |
| Movant, | : | **Motion to** |
| v. | : | **Redeem** |
| **Net Federal Credit Union,** | : | |
| Respondent, | : | |

# CERTIFICATE OF SERVICE

    That I served a copy of the Respondent's response to Debtor's Request for Production and Request for Admissions upon to the following parties in this matter via email and via US First Class Mail upon the following

Attorney Carlo Sabatini

carlo@sabatinilawfirm.com

216 North Blakely Street

Dunmore, PA 18512


Date: October 10, 2025
                                                     s/John Fisher, Esq.
                                                    John Fisher, Esq.
                                                    126 South Main Street
                                                    Pittston PA 18640
                                                    570-569-2154