[ Clear ]          [ Print ]

**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

KATIE LYNN SHYGELSKI

Debtor(s)

KATIE LYNN SHYGELSKI

Plaintiff(s)/Movant(s)
vs.

NET FEDERAL CREDIT UNION

Defendant(s)/Respondent(s)

CHAPTER: 7

CASE NO. 5:25-bk-02410

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: MOTION TO REDEEM

Pleading: OBJECTION TO MOTION TO REDEEM

Document #: 13

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[X] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   [X] Thirty (30) days.
   [ ] Forty-five (45) days.
   [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 30, 2025

/s/John Fisher, Esq.
Attorney for NET Federal Credit Union

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.