IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:25-bk-02410 |
| KATIE LYNN SHYGELSKI | : | |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| KATIE LYNN SHYGELSKI | : | |
| | : | |
| Movant | : | **Motion to Redeem/Objection to** |
| | : | **Motion to Redeem** |
| v. | : | |
| | : | |
| NET FEDERAL CREDIT UNION | : | |
| | : | |
| Respondent | : | |

## ORDER GRANTING MOTION OF NET FEDERAL CREDIT UNION TO REMOVE HEARING FROM LIST ON MOTION TO REDEEM/OBJECTION TO MOTION TO REDEEM

Upon consideration of Movant's Motion to Remove the Hearing on the Motion to Redeem/Objection to Motion to Redeem, and there being concurrence by the Debtor's Attorney, it is hereby

ORDERED that the hearing scheduled for November 4, 2025 is removed from the list.

BY THE COURT:

_____