IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Case No. 5:25-bk-02410 |
| KATIE LYNN SHYGELSKI : | |
| : | |
| Debtor : | CHAPTER 7 |
| : | |
| KATIE LYNN SHYGELSKI : | |
| : | |
| Movant : | Motion to Redeem/Objection to |
| : | Motion to Redeem |
| v. : | |
| : | |
| NET FEDERAL CREDIT UNION : | |
| : | |
| Respondent : | |

**CERTIFICATE OF CONCURRENCE**

    I hereby certify that on October 30, 2025, I have concurrence from opposing attorney that the hearing on the Motion to Redeem/Objection to Motion to Redeem filed on behalf of NET Federal Credit Union may be removed from the hearing list.


Dated: October 30, 2025

                                                  /s/John Fisher, Esquire
                                                  Attorney for Movant