## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **Case No. 5:25-bk-02410** |
| **KATIE LYNN SHYGELSKI** | **:** | |
| | **:** | |
| **Debtor** | **:** | **CHAPTER 7** |
| | **:** | |
| **KATIE LYNN SHYGELSKI** | **:** | |
| | **:** | |
| **Movant** | **:** | **Motion to Redeem/Objection to** |
| | **:** | **Motion to Redeem** |
| **v.** | **:** | |
| | **:** | |
| **NET FEDERAL CREDIT UNION** | **:** | |
| | **:** | |
| **Respondent** | **:** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve papers.

That on this 30th day of October, 2025, I served a copy of the Motion to Remove Hearing from List in regard to the Motion to Redeem/Objection to Motion to Redeem Pursuant to Local Bankruptcy Rule 9013-3, Certificate of Service and Proposed Order, to the following parties in this matter:

| Name & Address: | Mode of Service: |
|---|---|
| (Trustee) | *Via Electronic Case Filing* |
| | |
| Carlo Sabatini, Esquire (Attorney for Debtor) | *Via Electronic Case Filing and via US Mail* |
| | |
| Katie Lynn Shygelski (Debtor/Respondent) | *Via US Mail* |

I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>October 30, 2025</u>

<u>/s/ John Fisher, Esquire</u>
Attorney for Movant