UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Katie Lynn Shygelski,** | : | **Chapter 7** |
| Debtor, | : | Case No. **5:25-bk-02410-MJC** |
| **Katie Lynn Shygelski,** | : | |
| Movant, | : | **Motion to** |
| v. | : | **Redeem** |
| **Net Federal Credit Union,** | : | |
| Respondent, | : | |

**STIPULATION TO RESOLVE OBJECTION TO MOTION TO REDEEM**

WHEREAS Debtor **Katie Lynn Shygelski** filed a Motion to Redeem her 2017 Ford Escape subject to a security interest in favor of Respondent/Creditor **NET Federal Credit Union;**

WHEREAS **NET Federal Credit Union** filed an Objection to the Motion to Redeem her 2017 Ford Escape**;**

WHEREAS, with the intent to be legally bound, Debtor **Katie Lynn Shygelski** and **NET Federal Credit Union** hereby agree and stipulate to resolve the Motion to Redeem and the Objection as follows:

1. Debtor **Katie Lynn Shygelski** shall pay **$4,000.00** to **NET Federal Credit Union within 60 days** of the date of entry of an Order Approving this Stipulation. **NET Federal Credit Union** is authorized, but not required, to waive that deadline. Payment may not be made by personal check.

2. **NET Federal Credit Union** shall process the release of its lien on the title to the 2017 Ford Escape within 14 days after receipt of the payment.

3. If payment is made via a third party that will be placing a lien on the **2017 Ford Escape**, **NET Federal Credit Union** shall process such transaction in the normal course of such transaction, but as if the payoff balance on the claim of **NET Federal Credit Union** secured by the **2017 Ford Escape** was $4,000.00.

4. **NET Federal Credit Union** shall not be obligated to refinance the 2017 Ford Escape.

5. As additional consideration in exchange for **NET Federal Credit Union's** agreement to release the lien, Katie Lynn Shygelski releases all claims of every nature that she has against **NET Federal Credit Union** or its agents and employees.

WHEREFORE, Debtor **Katie Lynn Shygelski** and Creditor **NET Federal Credit Union** respectfully request an Order that Approves this Stipulation to Resolve Objection to Motion to Redeem, and provides Debtor the right to redeem her 2017 Ford Escape via payment of **$4,000.00** on or before 60 days from the date of the Order.

Respectfully Submitted,

**NET Federal Credit Union**

By: /s/ John Fisher
**John Fisher, Esquire**
126 S. Main Street
Pittston, PA 18640
(570) 569-2154, fax (570) 569-2167
johnvfisher@yahoo.com

/s/ Carlo Sabatini
**Carlo Sabatini, Esquire**
**Attorney for Movant**
216 N. Blakely Street
Dunmore, PA 18512
(570) 341-9000, fax (570) 504-2769
ecf@bankruptcypa.com

/s/ Katie Shygelski
**Katie Lynn Shygelski**