IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| Katie Lynn Shygelski | : | |
|     Debtor | : | Case No. 5:25-bk-02410 |
| | : | |
| Katie Lynn Shygelski | : | |
|     Movant | : | Motion to Redeem |
| v. | : | |
| | : | |
| NET Federal Credit Union | : | |
|     Respondent | : | |

## MOTION TO APPROVE STIPULATION

And Now Comes the Respondent by and through its Attorney, John Fisher, and hereby states as follows:

1. A Stipulation in Settlement to Resolve Objection to Motion to Redeem was agreed to by the parties to the above captioned Motion to Redeem.

2. Respondent asks that the Court grant the proposed Order approving the Stipulation.

WHEREFORE, Movant asks that the Court grant this Motion to Approve Stipulation to resolve Objection to Motion to Redeem and for such other relief as is just and proper.

Respectfully Submitted,

/s/John Fisher, Esquire
Attorney for Movant
126 South Main Street
Pittston, PA 18640
Phone: 570-569-2154
Fax: 570-569-2167