IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| Katie Lynn Shygelski | : | |
|     Debtor | : | Case No. 5:25-bk-02410 |
| | : | |
| Katie Lynn Shygelski | : | |
|     Movant | : | Motion to Redeem |
| v. | : | |
| | : | |
| NET Federal Credit Union | : | |
|     Respondent | : | |

## (PROPOSED) ORDER

IT IS HEREBY ORDERED that the Stipulation to Resolve Objection to Motion to Redeem filed in the above referenced matter is approved.

BY THE COURT:

_____