IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| Katie Lynn Shygelski | : | |
|     Debtor | : | Case No. 5:25-bk-02410 |
| | : | |
| Katie Lynn Shygelski | : | |
|     Movant | : | Motion to Redeem |
| v. | : | |
| | : | |
| NET Federal Credit Union | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Approve Settlement was served on all parties by electronically filing this document on the Court's CM/ECF system.

    Respectfully Submitted,

/s/ John Fisher, Esquire
Attorney for Movant
126 South Main Street
Pittston, PA 18640
Phone: 570-569-2154
Fax: 570-569-2167