IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| Katie Lynn Shygelski | : | |
|     Debtor | : | Case No. 5:25-bk-02410 |
| | : | |
| Katie Lynn Shygelski | : | |
|     Movant | : | Motion to Redeem |
| v. | : | |
| | : | |
| NET Federal Credit Union | : | |
|     Respondent | : | |

## ORDER

Upon consideration of the Stipulation filed at Doc. 21 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 17, 2025