United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02410-MJC |
| Katie Lynn Shygelski | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 2
Date Rcvd: Dec 10, 2025      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Katie Lynn Shygelski, 303 N Main St, Archbald, PA 18403-1908 |
| cr | + | NET Federal Credit Union, 119 Mulberry Street, Scratnon, PA 18503-1207 |
| 5737253 | + | Assurex Health, PO Box 773273, Detroit, MI 48277-3190 |
| 5737257 | + | Christines Shygelski, 1229 Olga St, Scranton, PA 18519-1324 |
| 5737259 | + | CrossFit Vertex, 943 Underwood Rd Building 2, Olyphant, PA 18447-2619 |
| 5737258 | | Crossfit Vertex, 943 Underwood Rd, Olyphant, PA 18447-2619 |
| 5737260 | + | Giant Bycicle, Inc., 3587 Old Conejo Road, Newbury Park, CA 91320-2122 |
| 5737261 | + | HNL Lab Medicine, 794 Roble Road, Allentown, PA 18109-9110 |
| 5737263 | + | John J Shygelski, 1229 Olga St, Scranton, PA 18519-1324 |
| 5737264 | + | Josh Jacobeno, 303 N Main Street, Archbald, PA 18403-1908 |
| 5737265 | + | Lackawanna Valley Dermatology, 327 N Washington Ave, Scranton, PA 18503-1535 |
| 5737266 | + | Lehigh Valley Hospital, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6248 |
| 5737267 | | Lockheed Martin Co Salaried Savings Plan, PO Box 173764, Denver, CO 80217-3764 |
| 5737269 | ++ | NBT BANK NA, 52 SOUTH BROAD STREET, NORWICH NY 13815-1699 address filed with court:, NBT Bank, PO Box 149, Canajoharie, NY 13317-0149 |
| 5737270 | + | NET Federal Credit Union, 920 Oak St, Scranton, PA 18508-1291 |
| 5737271 | | PA Department of Revenue, Attn Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5737276 | + | The Wright Center, 501 S Washington Ave, Scranton, PA 18505-3814 |
| 5737278 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5737252 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 10 2025 18:51:34 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5737255 | | Email/Text: dltlegal@hab-inc.com | Dec 10 2025 18:42:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002 |
| 5737254 | | EDI: SYNC | Dec 10 2025 23:44:00 | Barclays Bank/Old Navy, PO Box 965060, Orlando, FL 32896-5060 |
| 5737256 | + | Email/Text: integrationsadmin@withcherry.com | Dec 10 2025 18:42:00 | Cherry Technologies In, 2 Embarcadero Ctr Fl 8, San Francisco, CA 94111-3833 |
| 5737262 | | EDI: IRS.COM | Dec 10 2025 23:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5737268 | | Email/Text: EBN@Mohela.com | Dec 10 2025 18:42:00 | Mohela/Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5737272 | ^ | MEBN | Dec 10 2025 18:40:44 | REVCO SOLUTIONS INC, PO BOX 2589, Columbus, OH 43216-2589 |

| | | | |
|---|---|---|---|
| 5737273 | EDI: SALLIEMAEBANK.COM | Dec 10 2025 23:44:00 | Sallie Mae Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 5737274 | EDI: SYNC | Dec 10 2025 23:44:00 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 5737275 | EDI: SYNC | Dec 10 2025 23:44:00 | Synchrony Bank/PayPal Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 5737277 | + EDI: CITICORP | Dec 10 2025 23:44:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5737279 | Email/Text: edbknotices@ecmc.org | Dec 10 2025 18:42:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Katie Lynn Shygelski usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Katie Lynn Shygelski**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3431<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:25-bk-02410-MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Katie Lynn Shygelski
aka Katie Shygelski, aka Katie L Shygelski

12/10/25

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**